AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

JANE DOE

V.

FEDERAL DEPOSIT INSURANCE CORPORATION

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

07 CIV 9435
JUDGE JONES

TO: (Name and address of Defendant)

Sheila C. Bair, Chairman
FEDERAL DEPOSIT INSURANCE CORPORATION
550 17th St., NW
Washington DC 20429

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Timothy J. McInnis
Law Office of Timothy J. McInnis
521 Fifth Avenue., Suite 1700
New York NY 10175

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                    OCT 2 2 2007
CLERK                                 DATE

_[signature: Marcos Quintero]_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 10/25/07 |
| NAME OF SERVER (PRINT) Richard K. Bernstein | TITLE Attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Certified mail pursuant to Fed. R. Civ. P. 4(i)(1) and (2)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/25/07
Date

Signature of Server: Richard K. Bernstein RB-3091
Law Office of Timothy J. McInnis
521 Fifth Ave. Suite 1700
New York NY 10175
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern    District of    New York

JANE DOE

V.

FEDERAL DEPOSIT INSURANCE
CORPORATION

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   07 CV 9435 (BSJ) (RLE)

TO: (Name and address of Defendant)

Attorney General, United States Department of Justice
950 Pennsylvania Ave, NW
Washington DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Timothy J. McInnis
Law Office of Timothy J. McInnis
521 Fifth Avenue., Suite 1700
New York NY 10175

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                   OCT 2 2 2007

CLERK    /s/ Marcos Quintero    DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 10/25/07 |
| NAME OF SERVER (PRINT) Richard K. Bernstein | TITLE Attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Certified mail pursuant to Fed. R. Civ. P. 4(i)(1) and (2)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   10/25/07
              Date

Signature of Server: Richard K. Bernstein RB-3091
Law Office of Timothy J. McInnis
521 Fifth Ave. Suite 1700
New York NY 10175
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

JANE DOE

V.

FEDERAL DEPOSIT INSURANCE CORPORATION

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 9435**

JUDGE JONES

TO: (Name and address of Defendant)

UNITED STATES ATTORNEY'S OFFICE, S.D.N.Y.
86 Chambers Street
New York NY 10007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Timothy J. McInnis
Law Office of Timothy J. McInnis
521 Fifth Avenue., Suite 1700
New York NY 10175

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

_Marcos Quintero_ (signature)

(By) DEPUTY CLERK

DATE: OCT 22 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

JANE DOE

V.

FEDERAL DEPOSIT INSURANCE
CORPORATION

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

07 CIV 9435
JUDGE JONES

TO: (Name and address of Defendant)

Sheila C. Bair, Chairman
FEDERAL DEPOSIT INSURANCE CORPORATION
550 17th St., NW
Washington DC 20429

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Timothy J. McInnis
Law Office of Timothy J. McInnis
521 Fifth Avenue., Suite 1700
New York NY 10175

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

_Marcos Quintero_
(By) DEPUTY CLERK

DATE  OCT 2 2 2007