UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

**07 CV 9435   ECF**

Doe v. Federal Deposit Ins. Corp.

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 9435 (BSJ)(RLE)

------------------------------------------------------------X

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ✓ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | __ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| __ | Specific Non-Dispositive Motion/Dispute:* | __ | Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)  Purpose: _____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | __ | Habeas Corpus |
| | | | Social Security |
| __ | Settlement* | __ | Dispositive Motion (i.e., motion requiring a Report and Recommendation)  Particular Motion: _____ |
| __ | Inquest After Default/Damages Hearing | | All such motions: __ |

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
         11/13/07

United States District Judge