UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
JANE DOE,

                      Plaintiff,                             07 Civ. 9435 (BSJ) (RLE)

                                                    Notice Of Appearance of
      -against-                                   Federal Deposit Insurance
                                                    Corporation

FEDERAL DEPOSIT INSURANCE CORPORATION,
                         Defendant.
-------------------------------------------------------------------x

To all Parties and their Attorneys of Record:

       Please take notice that as of November 28, 2007 Federal Deposit Insurance Corporation has appeared in this action. Service of all pleadings, papers, and documents required to be served in this action should also be served on Federal Deposit Insurance Corporation through its counsel as follows:

       Thomas M. Clark
       Federal Deposit Insurance Corporation
        Legal Division – New York Legal Services Office
       20 Exchange Place – Room 6066
       New York, NY  10005-3270

       Telephone Number: (917) 320-2855
       Facsimile Number:  (917) 320-2917

Dated: New York, New York
       November 28, 2007

                                  Federal Deposit Insurance Corporation
                                   Legal Division – New York Legal Services Office
                                  20 Exchange Place – Room 6066
                                  New York, NY  10005-3270

                                  By: _____
                                        Thomas M. Clark (TC 9118)

                                  Attorneys for Federal Deposit Insurance Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
JANE DOE,

        Plaintiff,        07 Civ. 9435 (BSJ) (RLE)

 -against-            Certificate of Service


FEDERAL DEPOSIT INSURANCE CORPORATION,

        Defendant.
------------------------------------------------------------------------x


  I, Thomas M. Clark, hereby certify that on November 28, 2007 the attached Notice of Appearance of the Federal Deposit Insurance Corporation and this Certificate of Service were filed with the Clerk of the Court via electronic filing and true and correct copies of said documents were also served on the attorney for the plaintiff by First Class U.S. Mail, postage prepaid, addressed as follows:

    Richard F. Bernstein, Esquire
    Law Office of Timothy J. McInnis
    521 Fifth Avenue, Suite 1700
    New York, New York 10175



    _____
    Thomas M. Clark (TC 9118)  (Date)