IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL DEPOSIT INSURANCE CORPORATION, <br><br> Defendant. | 07 CV 9435 (BSJ) (RLE) <br><br> FILED UNDER SEAL |

## ORDER

Pending before this court is the application of the plaintiff, on consent, (1) to have her amended complaint and further proceedings in this action placed under seal, pursuant to the court's supervisory authority, for the purpose of to protecting the government's interest in maintaining the confidentiality of records relating to FDIC bank examination and personnel matters, while allowing the plaintiff access to the court for the purpose of asserting statutory claims, and (2) to allow the FDIC 60 days from the date of filing the amended complaint to respond to the amended complaint.

Upon the supporting affirmation of Richard F. Bernstein and accompanying memorandum of law, and good cause having been shown,

IT IS THEREFORE ORDERED as follows:

1. The amended complaint, if any, shall be filed under seal and this cause shall remain under seal, except as may be otherwise ordered by the court.

2. FDIC shall have 60 days from the date of service of the amended complaint to respond to it.

3.  The plaintiff shall serve a copy of this order on following:

   Thomas Clark
   Counsel, Federal Deposit Insurance Corp.
   20 Exchange Place
   New York NY 10005

   Barbara Sarshik
   Counsel, Federal Deposit Insurance Corp.
   3501 Fairfax Drive
   Arlington, VA 22226

Dated: December 11, 2007

_____
U. S. M. J.