```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-3-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

                **Plaintiff,**

    - against -

FEDERAL DEPOSIT INSURANCE CORPORATION,

                **Defendant.**

**ORDER**

07 Civ. 9435 (BSJ) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following correspondence with the Court in which all Parties agree

**IT IS HEREBY ORDERED THAT** the Sealing Order dated December 11, 2007, be modified to permit counsel of record and their office staff, listed below, to access the sealed files in the above case upon presentation of proper identification:

    Richard Bernstein, attorney for plaintiff Jane Doe

    Timothy J. McInnis, attorney for plaintiff Jane Doe

    Thomas M. Clark, attorney for defendant FDIC

    Barbara Sarshik, attorney for defendant FDIC

    Beth A. Wilt, attorney for defendant FDIC

    Carol S. Levy, attorney for defendant FDIC

    Evette Bonita, FDIC paralegal

**SO ORDERED this 3rd day of June 2008**
New York, New York

*/s/ Ronald L. Ellis*
The Honorable Ronald L. Ellis
United States Magistrate Judge